Robert GREENLAW et al.

v.

R.L. HALPERIN, State Tax Assessor.

Supreme Judicial Court of Maine.

Argued Nov. 1, 1982.

Decided April 26, 1983.

Robert Greenlaw (orally), pro se.

James E. Tierney, Atty. Gen., Jerome S. Matus, Asst. Atty. Gen. (orally), Augusta, for defendant.

Before McKUSICK, C.J., and GODFREY, NICHOLS, ROBERTS, CARTER and VIOLETTE, JJ.

MEMORANDUM OF DECISION.

Judgment of the Superior Court AFFIRMED by an evenly divided Court.